IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case Nos.  1:12-cr-13  (WLS) |
| FREDERICK HARRIS a/k/a FRED HARRIS a/k/a "G Money," | : 1:12-cr-18 (WLS) |
| | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant Frederick Harris's Motion to Seal Defendant's Sentencing Memorandum. (Doc. 270.) In the motion, Harris requests an Order allowing him to file under seal a Sentencing Memorandum and Motion for Downward Departure and Downward Variance because the motion contains confidential information. Counsel for Defendant has informed the Court that, specifically, Section III(b)(3) contains arguments he wishes to keep under seal.

For good cause shown, Harris's motion is **GRANTED**. Harris's motion shall be docketed under seal, provided that Harris shall file a redacted motion and/or memorandum open to the public omitting the confidential section within **fourteen (14) days** from the entry of this Order.

  **SO ORDERED,** this   1st   day of November, 2013.

      /s/ W. Louis Sands
      **THE HONORABLE W. LOUIS SANDS**
      **UNITED STATES DISTRICT COURT**